*W. C. Martin* and *W. E. Mann,* contra.

---

## ARNOLD *v.* STEVENS.

FISH, C. J. If the court erred in the admission of certain alleged irrelevant and immaterial evidence, it was not of such character as to require the grant of a new trial.

The court did not err in merely failing to instruct the jury as indicated in one of the grounds of the motion for new trial.

There was sufficient evidence to authorize the verdict, and the court did not abuse its discretion in refusing a new trial.

> *Judgment affirmed. All the Justices concur.*
> FEBRUARY 26, 1913.

Equitable petition. Before Judge J. B. Park. Morgan superior court. February 3, 1912.

*M. C. Few* and *F. C. Foster,* for plaintiff in error.

*Samuel H. Sibley,* and *E. W. Butler,* contra.

---

TOWN OF GRANTVILLE, for use, etc., *v.* FIDELITY & DEPOSIT CO.

HILL, J. Under the facts of this case it is controlled by the ruling in the case of *Town of Grantville* v. *Fidelity & Deposit Co.,* 139 Ga. 53 (76 S. E. 575); and therefore the court below did not err in sustaining the demurrer to the petition.

> *Judgment affirmed. All the Justices concur.*
> FEBRUARY 26, 1913.

Complaint. Before Judge Bell. Fulton superior court. October 24, 1911.

*Dodd & Dodd,* for plaintiff. *Leonard Haas,* for defendant.